In the Matter of the Accounting of VERA H. SCHROEDER, as Executrix of WILLIAM SCHROEDER, Deceased Successor Trustee under a Declaration of Trust made by LOUIS F. MUSIL, Appellant. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant; HENRY E. MECKE, as Successor Trustee under a Declaration of Trust made by LOUIS F. MUSIL, et al., Respondents, and MATHILDE E. WEBER, Intervener-Respondent.— In a proceeding to state and settle the final account of a successor trustee of an *inter vivos* trust, as presented by the executrix of said successor trustee, now deceased, the surety on the bond of said successor trustee and the said executrix appeal from so much of a resettled decree as (1) declares invalid assignments of two bonds and mortgages, which assignments were purportedly made by the intervener-respondent Mathilde E. Weber, to the said successor trustee, and directs that the assignments be cancelled of record; (2) surcharges the accountant the total amounts paid out of the trust on account of the assignments and for an appraisal; (3) disallows commissions to the accountant; and (4) sets forth provisions which are incidental to the determinations just above mentioned. Resettled decree, insofar as appealed from, unanimously affirmed, with costs to respond-

ent Mathilde E. Weber and one bill of costs to the remaining respondents, payable by appellants. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.